[No. 48092-8-I.   Division One.   February 4, 2002.]

COMMONWEALTH LAND TITLE INSURANCE COMPANY, *Appellant*, v.
JAMES A. HART, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 98-2-14072-1, Palmer Robinson, J., entered
January 11, 2001. *Reversed* by unpublished opinion per
Baker, J., concurred in by Agid, C.J., and Becker, J.

[No. 48114-2-I.   Division One.   February 4, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. E.J.F., *Appellant*.

Appeal from a judgment of the Superior Court for
Whatcom County, No. 00-8-00856-1, Steven J. Mura, J.,
entered February 7, 2001. *Affirmed* by unpublished opinion
per Baker, J., concurred in by Ellington and Schindler, JJ.

[No. 48168-1-I.   Division One.   February 4, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. B.E., *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 00-8-04841-8, Dean Scott Lum, J., entered
December 20, 2000. *Reversed* by unpublished per curiam
opinion.

[No. 48957-7-I.   Division One.   February 4, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT JACKSON,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 01-1-02864-1, Cheryl B. Carey, J., entered June
29, 2001. *Reversed* by unpublished per curiam opinion.